ACCEPTED
04-15-00341-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/3/2015 10:22:28 PM
KEITH HOTTLE
CLERK

NO. 04-15-00341-CV

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/3/2015 10:22:28 PM

KEITH E. HOTTLE
Clerk

_____

BEXAR COUNTY CIVIL SERVICE COMMISSION

Appellants

vs.

CARMELLA GUERRERO

Appellee

_____

**APPELLEE'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Comes now Appellee, Carmella Guerrero and pursuant to Tex. R. App. P. 38.6(a) and (d), 10.5(b) and moves this Court to modify the filing time for Appellee's Brief by extending the time within which such brief may be filed and in support thereof would show the following:

I.

This is an appeal from a case styled Carmella Guerrero v. Bexar County Civil Service Commission, Cause No. 2012-CI-08758, filed in the 225th Judicial District Court of Bexar County, Texas.

1

## II.

Appellant, Bexar County Civil Service Commission, filed a Notice of Appeal on May 29, 2015. This Court granted several unopposed motions for extension of time for Appellant to file its brief. Appellant filed its brief on October 5, 2015. Based on the filing of Appellant's Brief, Appellee's Brief in this appeal is due on November 4, 2015.

## III.

This cause has not been set for submission. This is Appellee's first motion for extension of time to file its brief. No unreasonable delay will result by the granting of this Motion. Appellee requests an extension of time of thirty (30) days within which to file his brief. If granted, Appellee's brief will be due on December 4, 2015.

## IV.

This extension of time is necessary because of the heavy trial and appellate workload of Appellee's attorney of record, Robert W. Clore. The facts relied on by Appellee to reasonably explain its need for an extension of time within which to file her brief are as follows:

1.     In addition to the specific matters set forth below, Counsel for Appellee has multiple additional commitments which interfere with counsel's ability to timely file Appellee's brief;

2.     Counsel for Appellee is working on a summary judgment reply on behalf of Alegis Revenue Group, LLC in Multi-District Litigation styled *In re Fraudulent Hospital Lien Litigation* pending in the 430th Judicial District Court, Hidalgo County, Texas.

3. Counsel for Appellee is working on an appeal in *Jerry Haywood, Lillie Piper, Geneva McMarion, Hulisher Haywood, James Haywood, Dorothy Haywood-Dockery, Individually and as Representatives of the Estate of Margaret Haywood, Deceased v. Regency Nursing Center Partners of Bastrop, Ltd. d/b/a Bastrop Lost Pines Nursing and Rehabilitation Center* on behalf of Regency Nursing Center Partners of Bastrop, Ltd. d/b/a Bastrop Lost Pines Nursing and Rehabilitation Center in Case Number 03-15-00653-CV before the 3rd Court of Appeals.

4. Counsel for Appellee is working on a presentation for the Corpus Christi Bar Association on the Texas Supreme Court Update for November 6, 2015 at the Solomon Ortiz Center.

V.

For the above and foregoing reasons, Appellee respectfully requests an extension of time of thirty (30) days or until December 4, 2015 within which to file her brief. This Motion is not sought for the purposes of delay but rather, so that justice may be done.

VI.

The undersigned communicated with Clarkson F. Brown, Attorney for Appellant Bexar County Civil Service Commission, and he indicated Appellant does not oppose this Motion.

WHEREFORE, premises considered, Appellee, Carmella Guerrero, prays that this Court modify the filing time for Appellee's brief by granting an extension of time of thirty (30) days or until December 4, 2015, within which to file her brief. Appellee prays

for such other and further relief both in law and in equity to which she may be justly entitled to receive.

Respectfully submitted,

/s/ Robert W. Clore_____
Robert W. Clore
State Bar No. 24012436
15481 South Padre Island Drive
Suite 101
Corpus Christi, Texas 78418
Telephone: (361) 558-3527
Facsimile: (361) 949-0908
rclore@robclorelaw.com

Orlando Lopez
Lopez Scott, L.L.C.
State Bar No. 2401096
3703 N. St. Mary's Street, Suite 200
San Antonio, Texas 78212
Telephone: (210) 472-2100
Telecopier: (210) 472-2101
olopez@lopezscott.com

**ATTORNEYS FOR APPELLEE, CARMELLA GUERRERO**

**CERTIFICATE OF CONFERENCE**

I, Robert W. Clore, certify that I communicated with Clarkson F. Brown, Attorney for Appellant, Bexar County Civil Service Commission, and he indicated that Appellant does not oppose this Motion.

/s/ Robert W. Clore_____
ROBERT W. CLORE

**CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing instrument has been forwarded to counsel as indicated below on this the 3rd day of November, 2015.

Clarkson F. Brown, Attorney for the Bexar County Civil Service Commission, cbrown@bexar.org.

**VIA E-FILING**

/s/ Robert W. Clore_____
Robert W. Clore

5